

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00679-CR

**IN RE** Jaime **LUEVANO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On October 29, 2015, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on November 10, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 15-03-00028-CRK, styled *The State of Texas v. Jaime Luevano*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable H. Paul Canales presiding.